UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-CV-80763

JAMES MEARS,

           Plaintiff,

vs.

CARRABBA'S ITALIAN GRILL LLC,
d/b/a CARRABBA'S ITALIAN GRILL and
SVS CATALINA LLC,

           Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JAMES MEARS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, CARRABBA'S ITALIAN GRILL LLC, d/b/a CARRABBA'S ITALIAN GRILL and SVS CATALINA LLC.

Plaintiff and Defendants, CARRABBA'S ITALIAN GRILL LLC, d/b/a CARRABBA'S ITALIAN GRILL and SVS CATALINA LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of

1

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendants request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 29th day of July, 2021.

                                                Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla Bar No. 54538
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 29th day of July, 2021.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla Bar No. 54538